

FILED

DEC - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics
in Washington

                          Plaintiff

    vs

Margaret Spellings and
U.S. Department of Education

                       Defendant

)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER   1:06CV02086

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 12/07/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Citizens for Responsibility and Ethics in Washington   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Citizens for Responsibility and Ethics in Washington   which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

298190
BAR IDENTIFICATION NO.

ANNE L. WEISMANN
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C. 20005
City          State        Zip Code

202-408-5565
Phone Number