UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CITIZENS FOR RESPONSIBILITY AND :
ETHICS IN WASHINGTON :
1400 Eye Street, N.W., Suite 450 :
Washington, D.C. 20005, :
                                                      :
        Plaintiff, :
                                                      :
    v. :          CASE NUMBER  1:06CV02086
                                                      :
MARGARET SPELLINGS, :          JUDGE: Henry H. Kennedy
Secretary, U.S. Department of Education :
400 Maryland Avenue, SW :          DECK TYPE: General Civil
Washington, D.C. 20202, :
                                                      :          DATE STAMP: 12/07/2006
and :
                                                      :
U.S. DEPARTMENT OF EDUCATION :
400 Maryland Avenue, SW :
Washington, D.C. 20202, :
                                                      :
        Defendant. :

**MOTION PRO HAC VICE FOR ADMISSION OF DANIEL C. ROTH TO THE BAR OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 83.2(d), I, Daniel C. Roth, (MA Bar No. 661021), hereby move for admission *pro hac vice* to the bar of the United States District Court for the District of Columbia, for purposes of this action, Citizens for Responsibility and Ethics in Washington v. U.S. Department of Education, Civ. No. ___.

In accordance with LCvR 83.2(d), this motion is co-signed by a sponsoring member of the Bar of this Court, CREW Chief Counsel Anne L. Weismann (D.C. Bar No. 298190), and is accompanied by a declaration providing to the Court all required information regarding my status as a practicing attorney.

3

Respectfully submitted,

Dated: December 7, 2006

*Daniel C. Roth*
Daniel C. Roth
(MA Bar No. 661021)

*Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CITIZENS FOR RESPONSIBILITY AND : 
ETHICS IN WASHINGTON :
1400 Eye Street, N.W., Suite 450 :
Washington, D.C. 20005, :
:
      Plaintiff, :
:
v. : Civil Action No._____
:
MARGARET SPELLINGS, :
Secretary, U.S. Department of Education :
400 Maryland Avenue, SW :
Washington, D.C. 20202, :
:
and :
:
U.S. DEPARTMENT OF EDUCATION :
400 Maryland Avenue, SW :
Washington, D.C. 20202, :
:
      Defendant. :

---

## DECLARATION OF DANIEL C. ROTH IN SUPPORT OF MOTION PRO HAC VICE FOR ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, Daniel C. Roth, hereby declare as follows:

1. My full name is Daniel Charles Roth.

2. My office address and telephone number are as follows: 1400 I Street, NW, Suite 450, Washington, D.C. 20005; 202-408-5565.

3. I am admitted to the bar of the Commonwealth of Massachusetts.

4. I have not been disciplined by the bar of any jurisdiction, and am in good standing with the Bar of the Commonwealth of Massachusetts..

5. I have been admitted *pro hac vice* in this Court once in the last two years, in the matter

of <u>Citizens for Responsibility and Ethics in Washington v. U.S. Department of Justice</u>, No. 05-2078 (EGS).

6. I do engage in the practice of law in the District of Columbia and currently have an application pending for admission to the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2006

*Daniel C. Roth*
Daniel C. Roth