UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>           Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, *et al.*,<br><br>           Defendants. | No. 1:06-cv-02086-HHK<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS |

Please take notice of the appearance of

| | |
|---|---|
| David M. Glass, DC Bar 544549<br>Attorney, Department of Justice<br>20 Mass. Ave., N.W., Rm. 7200<br>Washington, D.C. 20530<br>Tel: (202) 514-4469<br>Fax: (202) 616-8470<br>E-mail: david.glass@usdoj.gov | Elizabeth J. Shapiro, DC Bar 418925<br>Attorney, Department of Justice<br>20 Mass. Ave., N.W., Rm. 7152<br>Washington, D.C. 20530<br>Tel: (202) 514-5302<br>Fax: (202) 616-8470<br>E-mail: elizabeth.shapiro@usdoj.gov |

as counsel for defendants. Correspondence for defendants should be directed to Mr. Glass.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

*/s/ David M. Glass*

ELIZABETH J. SHAPIRO, DC Bar 418925  
DAVID M. GLASS, DC Bar 544549  
Attorneys, Department of Justice  
20 Mass. Ave., N.W., Room 7200  
Washington, D.C. 20530  
Tel: (202) 514-4469  
Fax: (202) 616-8470  
E-mail: david.glass@usdoj.gov  
Attorneys for Defendants

Dated: December 20, 2006