UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, *et al.*,<br><br>Defendants. | No. 1:06-cv-02086-HHK<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND POINTS AND AUTHORITIES IN SUPPORT THEREOF |

Defendants, the Secretary of Education and the Department of Education, hereby move for an order extending through March 14, 2007, their time to file their response to the complaint in this action.

The U.S. Attorney's Office was served with the complaint in this action on December 12, 2006. Accordingly, defendants' response to the complaint is due on February 12, 2007. The parties have been engaged in discussions to try to settle this action. To provide an opportunity for the discussions to continue, defendants ask that their time to file their response to the complaint be extended for 30 days, through March 14, 2007.

Counsel for plaintiff advises that she does not oppose the extension of time defendants hereby seek.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

|  |  |
|---|---|
|  | /s/ David M. Glass |
|  | ELIZABETH J. SHAPIRO, DC Bar 418925 |
|  | DAVID M. GLASS, DC Bar 544549 |
|  | Attorneys, Department of Justice |
|  | 20 Mass. Ave., N.W., Room 7200 |
|  | Washington, D.C. 20530 |
|  | Tel: (202) 514-4469 |
|  | Fax: (202) 616-8470 |
|  | E-mail: david.glass@usdoj.gov |
| Dated: February 9, 2007 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of Education, *et al.*, )<br>)<br>Defendants. ) | No. 1:06-cv-02086-HHK<br><br>ORDER |

Upon defendants' unopposed motion for extension of time and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. The time of defendants to file their response to the complaint in this action is hereby extended through March 14, 2007.

Date: _____          _____
                                        UNITED STATES DISTRICT JUDGE