UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, *et al.*,<br><br>Defendants. | No. 1:06-cv-02086-HHK<br><br>DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS AND MEMORANDUM IN SUPPORT THEREOF |

Defendants, the Secretary of Education (Secretary) and the Department of Education (DOED), hereby move for an order staying all proceedings in this action through June 29, 2007, to permit defendants to attempt to moot this action by producing to plaintiff, Citizens for Responsibility and Ethics in Washington (CREW), those documents that would come within the purview of § 10(b) of the Federal Advisory Committee Act (FACA), 5 U.S.C. App. 2, if that provision were held to apply to this action. Counsel for plaintiff advises that she opposes any such stay.

BACKGROUND

The Secretary is required by 20 U.S.C. § 6363(c)(2)(A), a provision of the No Child Left Behind Act of 2001 (NCLBA), Pub. L. No. 107-110, 115 Stat. 1425 (2002), to establish a "panel" to perform certain peer review functions in connection with the Reading First program that NCLBA creates, i.e., to evaluate the applications for funding under the Reading First program that State educational agencies (SEAs) submit to DOED and to review certain progress reports that the SEAs are required to file. *See* 20 U.S.C. §§ 6362(e)(2), 6363(c)(2)(A) & (C). A

panel under § 6363(c)(2)(A) (Old Panel) was established by the Secretary following the enactment of NCLBA. Compl. ¶ 19.

In this action, plaintiff alleges that FACA applies to any panel established under § 6363(c)(2)(A) and that "FACA's open meetings and disclosure requirements" were not met with respect to the Old Panel. Compl. ¶ 1. Accordingly, plaintiff brings suit under FACA and 5 U.S.C. § 706, a provision of the Administrative Procedure Act, for a judgment declaring that defendants have violated FACA with respect to the Old Panel and for an order doing the following things: directing DOED to respond to plaintiff's request under FACA § 10(b) for records pertaining to the Old Panel; directing DOED to publish a notice in the Federal Register pursuant to FACA 10(a)(2) of any future meeting that the Old Panel may hold; and enjoining defendants from "utilizing, consulting, or obtaining information or advice from [the Old Panel] until Defendants fully comply with all provisions of FACA, including the drafting of a charter." *Id.* ¶ 1 & prayer ¶¶ 1-6, 8.

On March 1, 2007, the Secretary published a notice in the Federal Register announcing her intention to establish a new panel under § 6363(c)(2)(A) (New Panel) to be known as the Reading First Advisory Committee. Ex. A. The Secretary further announced that the New Panel would be governed by FACA and that the New Panel would do all of the remaining work that otherwise would have been the responsibility of the Old Panel. *Id.*

ARGUMENT

By announcing her intention to establish a new Reading First panel that will be governed by FACA and that will do all of the remaining work that otherwise would have been the responsibility of the Old Panel, the Secretary has mooted the request of plaintiff for an order

enjoining defendants from "utilizing, consulting, or obtaining information or advice from [the Old Panel] until Defendants fully comply with all provisions of FACA, including the drafting of a charter" or the publication of notices of meetings under FACA § 10(a)(2). Accordingly, the only substantive issue remaining in this action is whether defendants should be directed to respond to plaintiff's request under FACA § 10(b) for records pertaining to the Old Panel. Without admitting any liability or waiving any defense, defendants now seek a stay of proceedings so that they may produce to plaintiff those documents that would come within the purview of FACA § 10(b) if that provision were held to apply to this action. By doing so, they seek to moot the remainder of this action.

FACA § 10(b) provides:

> Subject to section 552 of title 5, United States Code [the Freedom of Information Act (FOIA)], the records, reports, transcripts, minutes, appendixes, working papers, drafts, studies, agenda, or other documents which were made available to or prepared for or by each advisory committee shall be available for public inspection and copying at a single location in the offices of the advisory committee or the agency to which the advisory committee reports until the advisory committee ceases to exist.

Under § 10(b), "an agency is generally obligated to make available for public inspection and copying all materials that were made available to or prepared for by an advisory committee." *Food Chem. News v. Dep't of HHS*, 980 F.2d 1468, 1469 (D.C. Cir. 1993). In this case, DOED possesses the following documents that were "made available to or prepared for or by" the Old Panel:

    a. the preliminary and final versions of the Reading First applications that SEAs submitted to DOED;

    b. the Reading First Criteria for Review of State Applications that DOED provided to peer reviewers;

      c. the Technical Review Form Summary Sheets of individual panelists reviewing Reading First applications; and

      d. the Panel Chair Summary Forms relative to all versions of the Reading First applications submitted by SEAs.

Defendants are prepared to produce the above documents to plaintiff, except any portion thereof that is covered by an applicable exemption to FOIA. The DOED Office of Elementary and Secondary Education (OESE), in consultation with other components of DOED, is reviewing the documents to determine whether any portion thereof is covered by any applicable exemption to FOIA. Lim Decl. ¶ 2. However, each document must be reviewed separately for that purpose. *See id.* ¶ 5. In addition, DOED estimates that the volume of material may exceed 35,000 pages. *Id.* ¶ 4. Documents will be released to plaintiff in batches, as their review is completed. *Id.* ¶ 5. However, DOED estimates that the review of *all* the documents will take until approximately June 29, 2007. *Id.* ¶ 6. DOED bases this estimate on the volume of material involved and the time constraints placed on personnel in OESE. *Id.*

In view of the foregoing, defendants request that all proceedings in this action be stayed through June 29, 2007, so that defendants may produce all non-exempt portions of the above documents to plaintiff.

## CONCLUSION

For the foregoing reasons, defendants' motion for a stay of proceedings should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney

*/s/ David M. Glass*
_____
ELIZABETH J. SHAPIRO, DC Bar 418925
DAVID M. GLASS, DC Bar 544549
Attorneys, Department of Justice
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530
Tel: (202) 514-4469/Fax: (202) 616-8470
E-mail: david.glass@usdoj.gov
Attorneys for Defendants

Dated: March 14, 2007

*CREW v. Spellings*
No. 1:06-cv-02086-HHK

Defs.'s Mot. Stay Proceedings & Mem. Supp't Thereof

Ex. A

Westlaw.

72 FR 9311-02                                                                                       Page 1

72 FR 9311-02, 2007 WL 609033 (F.R.)

(Cite as: 72 FR 9311)

NOTICES

DEPARTMENT OF EDUCATION

Reading First Advisory Committee; Notice of Establishment

Thursday, March 1, 2007

AGENCY: Department of Education, Office of Elementary and Secondary Education.

*9311 ACTION: Notice of Establishment of the Reading First Advisory Committee.

SUMMARY: The Secretary announces her intention to establish the Reading First Advisory Committee. The Federal Advisory Committee Act (FACA) (Pub. L. 92-463 as amended; 5 U.S.C. Appendix 2) will govern the Committee.

Purpose: Sections 1203(c)(2)(A) and 1202(e)(2) of the Elementary and Secondary Education Act of 1965, as amended (ESEA) authorize the Secretary of Education to establish a panel to evaluate State Reading First applications and to review third-year progress reports submitted by States under the Reading First program. The activities of the panel (hereinafter referred to as the "Committee") will be governed by FACA.

*9312 States submitted their Reading First applications to the Department in 2002 and 2003. Currently, the Department has approved the Reading First applications of all applicants but one. The Committee will evaluate this remaining application and, at the request of the Department, may review issues identified in other State applications.

States submitted their third-year progress reports to the Department on or before November 30, 2006. The reports include, among other things, information on the progress State educational agencies and local educational agencies are making in reducing the number of students served under the Reading First program in grades 1, 2, and 3 who are reading below grade level. By statute, the Committee will review these reports. In addition, the Committee may advise the Secretary on other issues that the Secretary deems appropriate.

By statute, the Committee will consist, at a minimum, of three individuals selected by each of the following: the Secretary of Education, the National Institute for Literacy, the National Research Council of the National Academy of Sciences, and the National Institute of Child Health and Human Development.

Any non-Federal members of the Committee will serve as Special Government

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

72 FR 9311-02, 2007 WL 609033 (F.R.)

(Cite as: 72 FR 9311)

Employees (SGEs). Committee members will serve for a period of three years or until the date of reauthorization of the ESEA, whichever is earlier. The Committee will choose one of its members to serve as the chairperson. The Team Leader of the Reading First program will serve as the Designated Federal Officer (DFO) for the Committee. As appropriate, the Committee may form one or more subcommittees to assist it with its functions.

For Additional Information: Contact Maria Worthen, U.S. Department of Education, 400 Maryland Avenue, SW., Washington, DC 20202, Telephone: (202) 205-5632.

Dated: February 23, 2007.

Margaret Spellings,

Secretary of Education.

[FR Doc. E7-3590 Filed 2-28-07; 8:45 am]

BILLING CODE 4000-01-P

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, Secretary of Education, *et al.*,<br><br>Defendants. | No. 1:06-cv-02086-HHK<br><br>ORDER |

Upon defendants' motion for a stay of proceedings, the materials submitted in support thereof and in opposition thereto, and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. All proceedings in this action are hereby stayed through June 29, 2007.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MARGARET SPELLINGS, Secretary of Education, *et al.*, <br><br> Defendants. | No. 1:06-cv-02086-HHK <br><br> DECLARATION OF JEANETTE LIM |

JEANETTE LIM says:

1. I am a Deputy Assistant Secretary in the Office of Elementary and Secondary Education of the U.S. Department of Education. I make this declaration in support of defendants' motion for a stay of proceedings.

2. The Office of Elementary and Secondary Education, in consultation with other components of the Department, is reviewing the following documents to determine whether any portion thereof is covered by an applicable exemption to the Freedom of Information Act (FOIA): the preliminary and final versions of the Reading First applications that State educational agencies (SEAs) submitted to DOED; the Reading First Criteria for Review of State Applications that DOED provided to peer reviewers; the Technical Review Form Summary Sheets of individual panelists reviewing Reading First applications; and the Panel Chair Summary Forms relative to all versions of the Reading First applications submitted by SEAs.

3. As part of my executive responsibilities as Deputy Assistant Secretary, I oversee the Office of Elementary and Secondary Education's responses to requests for information under the Freedom of Information Act (FOIA).

4. Based on the Office of Elementary and Secondary Education's preliminary review of the above documents, and to the best of my personal knowledge, information, and belief, I estimate that the volume of material may exceed 35,000 pages.

5. Personnel from the Office of Elementary and Secondary Education must review each and every document to determine which portions, if any, are covered by applicable FOIA exemptions. Documents will be released to plaintiff in batches, as their review is completed.

6. Given the volume of material as noted above, and time constraints of the personnel in the Office of Elementary and Secondary Education, and to the best of my personal knowledge, information, and belief, I estimate that the review of all the documents will take until approximately June 29, 2007.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed March 14, 2007.

_____
JEANETTE LIM