AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,        )
    Plaintiff(s)        )    **APPEARANCE**
                        )
           vs.          )    CASE NUMBER    06-CV-02086 (HHK)
MARGARET SPELLINGS, Secretary of )
Education et al..            )
    Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott A. Hodes   as counsel in this
                                     (Attorney's Name)

case for:   Citizens for Responsibility and Ethics in Washington
                  (Name of party or parties)

6/25/07
Date

/s/ Scott A. Hodes
Signature

Scott A. Hodes
Print Name

DC Bar Number 430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.    20015
City        State        Zip Code

301-404-0502
Phone Number