UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SPELLINGS, et al.,<br><br>Defendants. | Civil Action 06-02086  (HHK) |

ORDER TO STAY

Before the court is the motion of defendants for a stay of all proceedings in this case until June 29, 2007 (#6).  The motion recites that a stay is sought in order that defendants would have time to "to attempt to moot this action by producing to plaintiff . . . those documents that would come within the purview of §10 (b) of the Federal Advisory Committee Act (FACA), 5 U.S.C. App.2, if that provision were held to apply to this action."

Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that the motion should be granted, *nunc pro tunc.*.  It is further ordered that by no later than August 3, 2007, the parties shall submit a joint status report and a proposed briefing schedule to resolve any remaining issues in this case.  The status report shall indicate the documents that have been produced by the government since March 14, 2007.  If the parties are unable to agree each side shall file a status report and proposed briefing schedule.

    SO ORDERED

                                        Henry H. Kennedy, Jr.
                                        United States District Judge

Dated: July 26, 2007