# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MARGARET SPELLINGS, Secretary of Education, *et al.*, <br><br> Defendants. | No. 1:06-cv-02086-HHK <br><br> DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that John R. Coleman, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, an attorney in good standing with the Virginia Bar and Arthur R. Goldberg, Assistant Branch Director, Federal Programs Branch, Civil Division, U.S. Department of Justice, an attorney in good standing with the District of Columbia Bar, now appear in place of David M. Glass and Elizabeth J. Shapiro, on behalf of the defendants in this action. Correspondence for defendants should be directed to Mr. Coleman.

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              s/*John R. Coleman*
                                              ARTHUR R. GOLDBERG, DC Bar 180661
                                              JOHN R. COLEMAN, Va. Bar 70908
                                              Trial Attorney, Department of Justice
                                              20 Mass. Ave., N.W., Room 6118
                                              Washington, D.C. 20530
                                              Tel: (202) 514-4505/Fax: (202) 616-8460
                                              E-mail: john.coleman3@usdoj.gov
Dated: August 1, 2007                    Attorneys for Defendants