## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | No. 1:06-cv-02086-HHK |
| Plaintiff, ) ) | DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT |
| v. ) ) ) | |
| MARGARET SPELLINGS, Secretary of Education, *et al.*, ) ) ) | |
| Defendants. ) ) | |

Defendants, the Secretary of Education and the Department of Education, hereby move

for an order extending through August 10, 2007, the deadline for filing a joint status report,

which is currently August 3, 2007.

On Wednesday, August 1, 2007, counsel for defendants, Mr. Coleman, noticed his

substitution for prior counsel for defendants, Mr. Glass, who has taken an unanticipated leave of

absence due to the death of a family member.  Counsel for defendants requests a week extension

to familiarize himself with this case.

Counsel for plaintiff advises that he does not oppose the extension of time defendants

hereby seek.

WHEREFORE, defendants asks that this Court grant this motion.  A proposed order is

attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR

United States Attorney

 s/*John R. Coleman*
ARTHUR R. GOLDBERG, D.C. Bar 180661
JOHN R. COLEMAN, Va. Bar 70908
Attorney, Department of Justice
20 Mass. Ave., N.W., Room 6118
Washington, D.C.  20530
Tel: (202) 514-4505/Fax: (202) 616-8460
E-mail: john.coleman3@usdoj.gov

Dated: August 1, 2007                    Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | No. 1:06-cv-02086-HHK ORDER |
| Plaintiff, ) ) | |
| v. ) ) | |
| MARGARET SPELLINGS, Secretary of Education, *et al.*, ) ) ) | |
| Defendants. ) ) | |

Upon defendants' unopposed motion for extension of time and good cause having been

shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. The deadline to file the parties' joint status report is hereby extended through August

10, 2007.


Date: _____                    _____
                                                UNITED STATES DISTRICT JUDGE