UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) MARGARET SPELLINGS, Secretary of ) Education, *et al.*, ) ) Defendants. ) ) | No. 1:06-cv-02086-HHK<br><br>JOINT STATUS REPORT |

     Pursuant to the Court's order dated July 26, 2007, the parties have conferred about the status of this case and reached an agreement on a briefing schedule to resolve the remaining issues in this case.

     Since March 14, 2007, defendant Department of Education ("Department") has produced approximately 62,000 pages of documents relating to the Reading First Program, including (1) the preliminary and final versions of the Reading First applications that State educational agencies submitted to the Department; (2) the Reading First Criteria for Review of State applications that the Department provided to peer reviewers; (3) the Technical Review Form Summary Sheets of individual panelists reviewing Reading First applications; and (4) the Panel Chair Summary Forms relative to all versions of the Reading First applications submitted by State educational agencies. The Department has also announced the schedule and agenda of the first open meeting of the Reading First Advisory Committee. *See* 72 Fed. Reg. 9,311 (March 1, 2007) (announcing the creation of the Reading First Advisory Committee); 72 Fed. Reg. 42,403 (August 2, 2007) (setting forth the schedule and agenda of the first open meeting of the Reading

First Advisory Committee).

Although these actions have resolved many of the issues between the parties, plaintiff contests, among other possible issues, the redaction of certain information from the documents produced by the Department. Accordingly, the parties were unable to resolve all of the issues presented by this case, and have agreed upon the following schedule to allow the Court to resolve those issues that remain: (1) Defendant will file a motion to dismiss and accompanying memorandum on September 21, 2007; (2) Plaintiff will file its response in opposition on October 12, 2007; and Defendant will file its reply on October 26, 2007. A proposed Order reflecting this agreement is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| _____/s/_____ | PETER D. KEISLER |
| Scott A. Hodes (D.C. Bar No. 430375) | Assistant Attorney General |
| Scott A. Hodes, Attorney at Law |  |
| P.O. Box 42002 | JEFFREY A. TAYLOR |
| Washington, D.C. 20015 | United States Attorney |
| Phone (301) 404-0502 |  |
| Fax (413) 641-2833 | s/ *John R. Coleman* |
|  | ARTHUR R. GOLDBERG, D.C. Bar 180661 |
| _____/s/_____ | JOHN R. COLEMAN, Va. Bar 70908 |
| Anne L. Weisman, D.C. Bar 298190 | Attorney, Department of Justice |
| Melanie Sloan, D.C. Bar 434584 | 20 Mass. Ave., N.W., Room 6118 |
| Citizens for Responsibility | Washington, D.C. 20530 |
|  And Ethics in Washington | Tel: (202) 514-4505/Fax: (202) 616-8460 |
| 1400 Eye Street, N.W. | E-mail: john.coleman3@usdoj.gov |
| Suite 450 |  |
| Washington, D.C. 20005 | *Attorneys for Defendants* |
| Phone (202) 408-5565 |  |
| Fax (202) 566-5020 |  |

*Attorneys for Plaintiff*

Dated: August 10, 2007

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) MARGARET SPELLINGS, Secretary of Education, *et al.*, ) ) ) ) Defendants. ) ) | No. 1:06-cv-02086-HHK  ORDER |

Upon consideration of the parties' joint status report it is hereby ordered as follows:

1. Defendant will file its motion to dismiss and accompanying memorandum on September 21, 2007.

2. Plaintiff will file its response in opposition on October 12, 2007.

3. Defendant will file its reply on October 26, 2007.

Date: _____   _____
UNITED STATES DISTRICT JUDGE