UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MARGARET SPELLINGS, et al.,**<br><br>　　　　　　　　**Defendants.** | Civil Action 06-02086 (HHK) |

## SCHEDULING ORDER

Upon consideration of the parties' joint status report, it is hereby ordered as follows:

1. Defendant will file its motion to dismiss and accompanying memorandum on September 21, 2007.

2. Plaintiff will file its response in opposition on October 12, 2007.

3. Defendant will file its reply on October 26, 2007.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 10, 2007