UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND       :
ETHICS IN WASHINGTON                  :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 1:06cv02086 (HHK)
                                      :
MARGARET SPELLINGS, et al.,           :
                                      :
        Defendants.                   :
                                      :

**NOTICE OF WITHDRAWAL OF DANIEL C. ROTH AS COUNSEL FOR CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**

Please enter the withdrawal of Daniel C. Roth as counsel in this action for Plaintiff Citizens for Responsibility and Ethics in Washington (CREW). Scott Hodes will continue to serve as lead counsel.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Daniel C. Roth
                                    (D.C. Bar No. 503236)
                                    Counsel
                                    Citizens for Responsibility and
                                      Ethics in Washington
                                    1400 Eye Street, N.W., Suite 450
                                    Washington, D.C. 20005
                                    phone: (202) 408-5565
                                    fax: (202) 588-5020
                                    droth@citizensforethics.org

Dated: October 11, 2007